UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>    Plaintiff,<br><br>v.<br><br>AKBAR S. MERCHANT et al.,<br><br>    Defendants. | Case No. 2:23-cv-09922-SB-JC<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Defendant Akbar S. Merchant was served on December 11, 2023, and Defendant Samsuddin A. Merchant was served on December 21, 2023. Dkt. Nos. 11, 12. Their responsive pleadings were due January 2 and 11, 2024, respectively. Defendants have failed to respond, and Plaintiff has not sought entry of default. Plaintiff is ordered to show cause, in writing, no later than January 19, 2024, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before January 19, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendants.

Date: January 12, 2024

                                              Stanley Blumenfeld, Jr.
                                              United States District Judge